# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**JOSHUA ISAAC MARTINEZ,**

    **Plaintiff,**

v.　　　　　　　　　　　　　　　　　　　Case No. 1:25-cv-3-AW-HTC

**UNITED STATES OF AMERICA,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

    Pro se prisoner Plaintiff Joshua Martinez sued the United States. The magistrate judge issued a report and recommendation that concluded the court should dismiss for three independent reasons: the court lacks jurisdiction, the claims are frivolous, and Martinez did not truthfully identify his litigation history. ECF No. 8. Having considered the report and recommendation and having considered de novo the issues raised in Martinez's objections (ECF No. 11), I agree with the magistrate judge. I adopt the report and recommendation in full and incorporate it into this order.

    The clerk will enter a judgment that says, "This case be dismissed without prejudice for lack of jurisdiction, as frivolous, and as malicious based on Plaintiff's failure to truthfully disclose his litigation history." The clerk will then close the file.

1

SO ORDERED on February 19, 2025.

                                                    s/ *Allen Winsor*
                                                    United States District Judge